IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-mj-

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. CAVIN MOWER, and
2. TIMOTHY HOWELL, a/k/a
   "Isaac Shelter," a/k/a
   "Isaac Shetler,"

    Defendants.

---

### ORDER TO RESTRICT COMPLAINT AFFIDAVIT AND MOTION TO RESTRICT

---

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

Upon unsealing of this case, restriction of the Complaint Affidavit and this Motion to Restrict at Level 1 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the Complaint Affidavit as well as this Motion to Restrict, are restricted at Level 1 until further order of the Court;

IT IS SO ORDERED on this 19th day of July, 2018

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO