# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-mj-1134-STV

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1. CAVIN MOWER, and
2. TIMOTHY HOWELL,
    a/k/a "Isaac Shelter,"
    a/k/a "Isaac Shetler,"

    **Defendants.**

## SECOND ORDER TO EXCLUDE TIME AND TO VACATE AND CONTINUE STATUS HEARING

Upon the unopposed motion of the Government and for good cause shown, and for the reasons stated in the motion and incorporated herein by reference, it is ORDERED as follows:

The time period from and including September 18, 2018 through October 18, 2018, is excluded in computing the time within which an indictment must be filed. 18 U.S.C. §§ 3161(b), 3161(h)(7)(A).

The status hearing of September 14, 2018 is continued to _____.

DATED this __ day of September, 2018.

                                        BY THE COURT:

                                        MAGISTRATE JUDGE
                                        DISTRICT OF COLORADO