IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00481-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v

2. **TIMOTHY HOWELL,**

Defendant.

---

### DEFENDANT TIMOTHY HOWELL'S NOTICE OF DISPOSITION

---

Defendant, Timothy Howell, by his counsel, Scott Poland of Poland & Wheeler, P.C., and hereby respectfully gives notice that Mr. Howell and the Government have reached a disposition in this case. Counsel moves to withdraw any unresolved pending motions and requests that the parties be allowed to schedule a Change of Plea hearing.

Respectfully submitted this 1st day of March 2019,

                                                  Scott Poland
                                                ATTORNEY AT LAW
                                                BY: *s/Scott Poland*
                                                The Law Offices of Poland & Wheeler, PC
                                                215 S. Wadsworth Blvd., Suite 500
                                                Lakewood, CO 80226
                                                Phone 303-969-8300
                                                Fax 303-986-4857
                                                e-mail: scottpoland@qwestoffice.net

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1st, 2019 I electronically filed the foregoing **DEFENDANT TIMOTHY HOWELL'S NOTICE OF DISPOSITION** with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

Scott Poland
ATTORNEY AT LAW
BY: *s/Scott Poland*
The Law Offices of Poland & Wheeler, PC
215 S. Wadsworth Blvd., Suite 500
Lakewood, CO 80226
Phone 303-969-8300
Fax 303-986-4857
e-mail: scottpoland@qwestoffice.net